# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00048-CR

**Frederick Rubio, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT OF COMAL COUNTY,
### NO. 2022CR0787, THE HONORABLE RANDAL C. GRAY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Frederick Rubio seeks to appeal a judgment of conviction for Assault. *See* Tex. Penal Code §22.01. The trial court has certified that this is a plea-bargain case and Rubio has no right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Chief Justice Darlene Byrne

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed for Want of Jurisdiction

Filed: April 3, 2024

Do Not Publish